**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1667

JOSHUA OMAR BROWN, a natural man/Moorish American,

Plaintiff - Appellant,

v.

STATE OF NORTH CAROLINA; MECKLENBURG COUNTY; THE GENERAL
COURT OF JUSTICE, Superior Division; SPENCER B. MERRIWEATHER, III, District
Attorney; W. ROBERT BELL, Senior Resident Judge; ELIZABETH THORTON
TROSCH, Chief District Judge; F. BROWN, Mecklenburg County Magistrate; BELAL
ELRAHAL, Assistant Public Defender,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at
Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:21-cv-00461-RJC-DCK)

Submitted:  November 17, 2022                    Decided:  November 22, 2022

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joshua Omar Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Omar Brown appeals the district court's order granting Defendants' motion to dismiss Brown's complaint. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Brown's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*